
| | | |
|---|---|---|
| **SHAUN JONES** | * | |
| | * | |
| versus | * | CIV. ACTION NO. |
| | * | |
| **YOUR OTHER WAREHOUSE LLC** | * | 05-308-D-M3 |
| **AND HOME DEPOT U.S.A., INC.** | * | |

## NOTICE OF REMOVAL

Defendants, Your Other Warehouse LLC ("YOW") and Home Depot U.S.A., Inc. ("Home Depot"), hereby file this Notice of Removal and, in support thereof, would show the Court the following:

### REMOVED CASE

Defendants were served with Citation and Plaintiff's Petition for Damages in an action styled *Shaun Jones v. Your Other Warehouse LLC and Home Depot U.S.A., Inc.*, Docket No. 0503-02184, in the Baton Rouge City Court of East Baton Rouge Parish, Louisiana ("State Court Action") on March 24, 2005. Defendants now seek to remove that State Court Action to the United States District Court for the Middle District of Louisiana for the good cause shown.

### ATTACHMENT OF STATE COURT DOCUMENTS

Pursuant to 28 U.S.C. § 1446(a), attached hereto as Exhibit A are certified copies of the filed papers from the State Court Action; these represent all process, pleadings and orders served upon Defendants.

## TIMELINESS OF REMOVAL

This notice of removal is timely under 28 U.S.C. § 1446(b) because it is filed within 30 days after receipt by Defendants of Plaintiff's Petition for Unpaid Wages against them.

## VENUE

The United States District Court for the Middle District of Louisiana is the appropriate venue for this case because it is the federal district court having jurisdiction over the place where the State Court Action is pending.

## JURISDICTION

Removal in this case is proper because this Court has original jurisdiction over claims arising under federal law. *See* 28 U.S.C. § 1331. Claims arise under federal law where the vindication of a right under state law necessarily turns on some construction of federal law. *See Franchise Tax Board v. Construction Laborers Vacation Trust*, 463 U.S. 1 (1983).

In this case, the Plaintiff has sued Defendants for unpaid wages, including overtime. See Petition par. VI-VII. An employee's right to overtime wages is governed exclusively by § 207 of the Fair Labor Standards Act ("FLSA"). *Barrgis v. Hilton Title*, 1996 U.S. Dist. LEXIS (E.D. La. 6/10/1996). There is no Louisiana law requiring the payment of overtime wages to private employees. *Id.* Thus, the construction of the overtime laws under the FLSA will be required for the adjudication of this suit. Accordingly, this case is subject to removal to federal court for adjudication under federal question jurisdiction.

## NOTICE TO STATE COURT

A true and correct copy of this Notice of Removal is being promptly filed with the clerk of court for the Baton Rouge City Court, Parish of East Baton Rouge as required by 28 U.S.C. § 1446(d).

Respectfully submitted,

Cornelius R. Heusel, T.A. (La# 06849)
Charlotte S. Marquez (La# 25865)
JONES, WALKER, WAECHTER,
  POITEVENT, CARRÉRE &
  DENÉGRE, L.L.P.
201 St. Charles Avenue, 47th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-8000
Facsimile: (504) 582-8015

and

Michele Whitesell Crosby (La# 20152)
JONES, WALKER, WAECHTER,
  POITEVENT, CARRÉRE &
  DENÉGRE, L.L.P.
Four United Plaza, Fifth Floor
8555 United Plaza Blvd.
Baton Rouge, Louisiana 70809
Telephone: (225) 248-2092
Facsimile: (225) 248-3092

**Attorneys for Defendants**
**Your Other Warehouse LLC and**
**Home Depot U.S.A., Inc.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 25th day of April, 2005, a true and correct copy of the above and foregoing Notice of Removal was served upon the attorney of record for Plaintiff, Gregory J. Miller, by certified mail, return receipt requested, as follows:

Gregory J. Miller
3960 Government Street
Baton Rouge, LA 70806



# Citation
## SERVICE/RETURN INFORMATION

SHAUN JONES VS YOUR OTHER WAREHOUSE LLC ETAL

0503-02184-C

YOUR OTHER WAREHOUSE L.L.C
CT CORPORATION SYSTEMS

8550 UNITED PLAZA BLVD.

BATON ROUGE, LA 70809

Baton Rouge City Court
233 St. Louis Street
Baton Rouge, La. 70802
225-389-3017

## RETURN OF SERVICE

Received the said citation, notice, and/or pleading on the _____ day of _____, _____, and made service thereof on the _____ day of _____, _____ on the defendant in this action namely, _____, as follows:

☐ **PERSONAL SERVICE:** By tendering a certified copy of the citation, notice and/or pleading to _____ at _____ in the Parish of _____, State of Louisiana.

☐ **DOMICILIARY SERVICE:** By leaving a certified copy of the citation, notice and/or pleading at his dwelling-house or usual place of abode at _____ in the Parish of _____, State of Louisiana with _____, a person of suitable age and discretion who was then residing in the domiciliary establishment.

☐ **DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within Named, _____ or his domicile, or any one legally authorized to represent him. I, therefore, return original citation, notice, or other process and accompanying petition NOT SERVED this _____ day of _____, _____ because _____

_____
Deputy City Constable
☐ City of Baton Rouge
☐ City of _____

_____
Deputy Sheriff
☐ Parish of East Baton Rouge
☐ Parish of _____

MILEAGE: $_____ = TOTAL: $_____

NOTICED March 24 2005

MILLER, GREGORY S.
3960 GOVERNMENT STREET

BATON ROUGE, LA 70806

Civil Form: CITALL.DOC
Rev. Date: 08-06-2004

FILED 3-10 20____
(SIGNED) _Millie Sinclair_
Chief Deputy/Deputy Clerk
Deputized Clerk/Specialist of Baton Rouge City Court

A TRUE COPY 3-22 20 05
(SIGNED) _____
Chief Deputy/Deputy Clerk
Deputized Clerk/Specialist of Baton Rouge City Court

SERVICE/RETURN INFORMATION

PUT IN SUSTAIN
MAR 30 2005

Case 3:05-cv-00308-JJB-DLD    Document 1    04/25/05    Page 4 of 9


EXHIBIT A

# Citation
## SERVICE/RETURN INFORMATION

SHAUN JONES VS YOUR OTHER WAREHOUSE LLC ETAL
0503-02184-C

HOME DEPOT U.S.A, INC.
C T CORPORATION SYSTEM

8550 UNITED PLAZA BLVD.

BATON ROUGE, LA 70809

Baton Rouge City Court
233 St. Louis Street
Baton Rouge, La. 70802
225-389-3017

## RETURN OF SERVICE

Received the said citation, notice, and/or pleading on the _____ day of _____, _____, and made service thereof on the _____ day of _____, _____ on the defendant in this action namely, _____, as follows:

☐ **PERSONAL SERVICE:** By tendering a certified copy of the citation, notice and/or pleading to _____ at _____ in the Parish of _____, State of Louisiana.

☐ **DOMICILIARY SERVICE:** By leaving a certified copy of the citation, notice and/or pleading at his dwelling-house or usual place of abode at _____ in the Parish of _____, State of Louisiana with _____, a person of suitable age and discretion who was then residing in the domiciliary establishment.

☐ **DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within Named, _____ or his domicile, or any one legally authorized to represent him. I, therefore, return original citation, notice, or other process and accompanying petition NOT SERVED this _____ day of _____, _____ because _____

Deputy City Constable
☐ City of Baton Rouge
☐ City of _____

Deputy Sheriff
☐ Parish of East Baton Rouge
☐ Parish of _____

MILEAGE: $ _____ +SERVICE: $ _____ = TOTAL: $ _____

*[Diagonal stamp: Served said copy on the within named defendant in this Parish of East Baton Rouge, State of Louisiana, by tendering a copy of the within named defendant through the C T CORPORATION SYSTEM, by handing said copy to Mary Belton, Assistant Secretary]*

*[Stamp: MAR 24 2005]*

NOTICED: March 18, 2005

MILLER, GREGORY
3960 GOVERNMENT STREET

BATON ROUGE, LA 70806

PUT IN SUSTAIN 3-30-05

Civil Form: CITALL.DOC
Rev. Date: 08-06-2004

FILED 3-10 20 05
(SIGNED) /s/ Melissa Singleton
Chief Deputy/Deputy Clerk
Deputized Clerk/Specialist of Baton Rouge City Court

A TRUE COPY 4-22 20 05
(SIGNED) _____
Chief Deputy/Deputy Clerk
Deputized Clerk/Specialist of Baton Rouge City Court

| SHAUN JONES | SUIT NO: | DIV: |
|---|---|---|

BATON ROUGE CITY COURT 02184

**VERSUS**

PARISH OF EAST BATON ROUGE

YOUR OTHER WAREHOUSE
LLC, AND HOME DEPOT
U.S.A. INC.

STATE OF LOUISIANA

### PETITION FOR UNPAID WAGES

**NOW INTO COURT**, through undersigned counsel, comes and appears SHAUN JONES, a resident of the full age of majority of the Parish of St. James, State of Louisiana who respectfully represents that:

**I.**

Made defendant herein are:

A. YOUR OTHER WAREHOUSE, L.L.C.; a limited liability company, licensed to do, and doing business in the State of Louisiana.

B. HOME DEPOT U.S.A., INC; a corporation licensed to do, and doing business in the State of Louisiana.

**II.**

On or about March 2003, Shaun Jones was employed by the defendant, Your Other Warehouse, L.L.C. as a "Loader". Your Other Warehouse is owned by Home Depot U.S.A., Inc. Mr. Jones earned $9.00 per hour for this position.

**III.**

Over the course of his employment, from March 2003 to March 2004, Mr. Jones was told to come in earlier than scheduled at least three days a week. His access to the warehouse was a time card that could be swiped at the entrance of the warehouse in order to unlock the door.

**IV.**

In many instances, his time card did not allow him to access the warehouse earlier than he was scheduled. He would have to wait at the entrance until another worker,

coming in within his or her scheduled time, could let him in. His normal wait time averaged between 10 to 15 minutes.

V.

Mr. Jones complained to his superior many times about his time card malfunctioning, but nothing was ever done to rectify the situation.

VI.

Over the course of his employment, Mr. Jones accumulated an average total of 39 hours of unpaid wages. He was employed full time, with approximately 40 hours a week, so some of these unpaid hours could count for overtime pay. The defendant, Your Other Warehouse, L,L.C., is obligated to pay him his unpaid wages as well as any overtime pay. Shaun Jones is not an exempt employee from the requirement of receiving overtime pay.

VI.

Despite amicable demand made in excess of 30 days, defendant has failed and refused to pay Shaun Jones the wages he is owed. As such, Shaun Jones is entitled to all unpaid wages, plus an equal additional amount as exemplary damages for overtime wages, ninety (90) days wages as penalty for failure to timely pay after demand per LA.R.S. 22:631 and attorney fees.

WHEREFORE, petitioner, SHAUN JONES, respectfully pray that this Honorable Court, after all due proceedings, render judgment against YOUR OTHER WAREHOUSE, L.L.C, AND HOME DEPOT U.S.A., INC, in favor of the petitioner for damages in an amount to be proven at trial, including but not limited to damages reasonable in the premises for loss of wages, overtime pay, exemplary damages, ninety (90) days penalty wages, attorney's fees, and all costs of this proceeding.

Respectfully Submitted:

_____
Gregory J. Miller (17059)
Miller, Lucius, & Hampton
3960 Government St.
Baton Rouge, LA 70806
(225) 343-2205 Fax (225) 343-2870
Attorney for Shaun Jones

**PLEASE SERVE:**

Your Other Warehouse, L.L.C.
Through its registered agent for service of process
CT Corporation Systems
8550 United Plaza Blvd.
Baton Rouge, LA 70809

AND

Home Depot U.S.A, Inc.
Through its registered agent for service of process
C T Corporation System
8550 United Plaza Blvd.
Baton Rouge, La 70809

FILED 3-10- 2005
(SIGNED) S/Melba Singleton
Chief Deputy/Deputy Clerk
Deputized Clerk/Specialist of Baton Rouge City Court

A TRUE COPY 4-22 2005
(SIGNED) _____
Chief Deputy/Deputy Clerk
Deputized Clerk/Specialist of Baton Rouge City Court

FILED
BATON ROUGE CITY COURT
2005 MAR 10 PM 4: 17

Melba Singleton
CHIEF DEPUTY CLERK

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS–44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Shaun Jones

## DEFENDANTS
Your Other Warehouse LLC and
Home Depot U.S.A., Inc.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Unknown
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Gregory J. Miller
Miller, Lucius, & Hampton
3960 Government St.
Baton Rouge, LA 70806
(225) 343-2205

ATTORNEYS (IF KNOWN)
Michele Whitesell Crosby
Jones Walker et al.
8555 United Plaza Blvd., Fifth Floor
Baton Rouge, LA 70809
(225) 248-2092

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government not a party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
(PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | / ☐ 365 Personal Injury-Product Liability | ☐ 630 Liquor laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employer's Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ■ 152 Recovery of Defaulted Student Loans (excl. Veterans) | ☐ 340 Marine | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☒ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate sentence | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Jobs / **Habeas Corpus** | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S.Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General | ☐ 791 Employee Ret. Inc. Security Act | ☐ 871 IRS -Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 240 Torts to Land | / ☐ 535 Death Penalty | | | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Fair Labor Standards Act (29 U.S.C. sec. 201 et seq.). Plaintiff is suing for overtime wages.

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES  ☒ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE 4-25-05
SIGNATURE OF ATTORNEY OF RECORD /s/ Michele W. Crosby

**FOR OFFICE USE ONLY**
RECEIPT # 86450  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

Case 3:05-cv-00308-JJB-DLD  Document 1  04/25/05  Page 9 of 9