UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHAUN JONES | * | |
| | * | |
| versus | * | CIV. ACTION NO. 3:05-cv-308-D-M3 |
| | * | |
| YOUR OTHER WAREHOUSE LLC | * | |
| AND HOME DEPOT U.S.A., INC. | * | |

******************************************

## JOINT MOTION TO DISMISS

NOW INTO COURT come Defendants, Your Other Warehouse LLC and Home Depot U.S.A., Inc., and Plaintiff, Shaun Jones, and on suggesting to this Honorable Court that the parties have effected a compromise of all claims and demands which each party has against the other as a result of the allegations contained in the Complaint filed herein, jointly move this Court to dismiss these actions with prejudice, each party bearing its own costs.

Respectfully submitted this 14th day of March, 2006.

| | |
|---|---|
| **/s/ Cornelius R. Heusel** | **/s/ Gregory J. Miller** |
| Cornelius R. Heusel, T.A. (La# 06849) | *Signed with permission* |
| Charlotte S. Marquez (La# 25865) | Gregory J. Miller (La# 17059) |
| JONES, WALKER, WAECHTER, POITEVENT, CARRÉRE & DENÉGRE, L.L.P. | 3960 Government Street |
| 201 St. Charles Avenue, 47th Floor | Baton Rouge, LA 70806 |
| New Orleans, Louisiana 70170 | Telephone: (225) 343-2205 |
| Telephone: (504) 582-8000 | Facsimile: (225) 343-2870 |
| Facsimile: (504) 582-8015 | E-mail: GJM@MLHlaw.com |
| E-mail: nheusel@joneswalker.com | |
| cmarquez@joneswalker.com | **Attorney for Plaintiff** |
| | **Shaun Jones** |

and

Michele Whitesell Crosby (La# 20152)
JONES, WALKER, WAECHTER, POITEVENT, CARRÉRE & DENÉGRE, L.L.P.
Four United Plaza, Fifth Floor
8555 United Plaza Blvd.
Baton Rouge, Louisiana 70809
Telephone: (225) 248-2092
Facsimile: (225) 248-3092
E-mail: mcrosby@joneswalker.com

**Attorneys for Defendants**
**Your Other Warehouse LLC and**
**Home Depot U.S.A., Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 14, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all counsel of record.

                                              **/s/ Cornelius R. Heusel**

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHAUN JONES** | * | |
| | * | |
| **versus** | * | **CIV. ACTION NO. 3:05-cv-308-D-M3** |
| | * | |
| **YOUR OTHER WAREHOUSE LLC** | * | |
| **AND HOME DEPOT U.S.A., INC.** | * | |

*******************************************

## **ORDER**

**IT IS ORDERED** that the above captioned matter be and is hereby dismissed with prejudice with all parties to bear their own costs.

**Done and signed** this _____ day of _____, 2006 at Baton Rouge, Louisiana.

_____
JUDGE